IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RICHARD LOUIS ALEXANDER,

    Appellant,

v.

KONDAUR CAPITAL,

    Appellee.

JUDGMENT IN A CIVIL CASE

Case No. 10-cv-310-wmc

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that judgment is entered affirming the order of the Bankruptcy Court denying Alexander's motion for reconsideration of the denial of his request for an extension of time to object to Kondaur Capital's motion for relief from stay.

_____
Peter Oppeneer, Clerk of Court

9/30/10
Date